IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BURNETT SPECIALISTS, STAFF FORCE d/b/a STAFF FORCE PERSONNEL SERVICES, ALLEGIANCE STAFFING CORP., LINK STAFFING, and LEADINGEDGE PERSONNEL, LTD., <br>     *Plaintiffs*, <br><br> v. <br><br> JENNIFER A. ABRUZZO, in her official capacity, UNITED STATES OF AMERICA, and NATIONAL LABOR RELATIONS BOARD, <br>     *Defendants*. | Civil Action No. 4:22-cv-00605-ALM |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all Plaintiffs (Burnett Specialists, Staff Force d/b/a, Staff Force Personnel Services, Allegiance Staffing Corp., Link Staffing, and LeadingEdge Personnel, Ltd.), hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's August 31, 2023, Final Judgment Granting Motion to Dismiss, *see* ECF No. 50, along with its August 31, 2023, Opinion and Order, *see* ECF No. 49, pursuant to Federal Rules of Appellate Procedure 3(a)(1) and 4(a)(1)(B).

Dated:    October 25, 2023    Respectfully submitted,

    */s/ Matthew Miller*
ROBERT HENNEKE
TX Bar No. 24046058
rhenneke@texaspolicy.com
CHANCE WELDON
TX Bar No. 24076767
cweldon@texaspolicy.com
MATTHEW MILLER
TX Bar No. 24046444

1

mmiller@texaspolicy.com
NATHAN CURTISI
AZ Bar No. 033342
ncurtisi@texaspolicy.com
TEXAS PUBLIC POLICY FOUNDATION
901 Congress Avenue
Austin, Texas 78701
Telephone:   (512) 472-2700
Facsimile:   (512) 472-2728

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2023, I caused electronic filing of the foregoing document with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all properly registered counsel.

*/s/ Matthew Miller*
MATTHEW MILLER